

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00517-CV

**IN THE INTEREST OF A.S.S., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02496
Honorable Richard Price, Judge Presiding

## O R D E R

 This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on October 17, 2016. On October 17, 2016, appellant filed a motion requesting an extension of time to file the brief.

 The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

 The motion is GRANTED IN PART, and appellant's brief must be filed no later than November 7, 2016. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court